IN THE

TENTH COURT OF APPEALS

 




 
 
 
 
 
 
 


 

 



No. 10-11-00011-CV

 

In
re BNSF Railway Company

 

 



Original Proceeding

 

 



MEMORANDUM  Opinion



 

The petition for writ of mandamus is
denied.  See Tex. R. App. P.
52.8(d).

 

 

REX D. DAVIS

Justice

 

Before
Chief Justice Gray,

Justice Davis, and

Justice Scoggins

Petition
denied

Opinion
delivered and filed March 30, 2011

[OT06]

 








 






ed the McLennan
County Appraisal District, challenging the denial of their applications for
exemptions under section 11.182 of the Tax Code.  See Tex. Tax. Code Ann. § 11.182(b), (e)
(Vernon 2008).  On appeal, AHF, Parkside, and Robinson raise several issues
challenging the trial court’s denial of their partial motion for summary
judgment and granting of the Appraisal District’s summary judgment motion. 
However, the two apartment complexes for which they sought an exemption were
constructed before December 31, 2001.  Id. at § 11.182(e).  Section 11.182(e)
applies only to housing projects constructed after December 31, 2001.  Am. Hous. Found. v. Brazos County
Appraisal Dist., 166
S.W.3d 885, 889 (Tex. App.—Waco 2005, pet. denied); see Am. Hous. Found. v. Calhoun County
Appraisal Dist., 198
S.W.3d 816, 818-19 (Tex. App.—Corpus Christi 2006, pet. denied)
(same); see also Tex. Tax. Code Ann. § 11.182(e). 
In their second issue, AHF,
Parkside, and Robinson urge us to revisit our holding in Brazos County
Appraisal District.  We decline to do so.  Accordingly, we overrule issue two
and need not address the remaining issues.  See Tex. R. App. P. 47.1.  The trial court’s judgment is
affirmed.

 

 

FELIPE REYNA

Justice

Before Chief
Justice Gray,

Justice
Reyna, and

Justice
Davis

Affirmed 

Opinion
delivered and filed March 25, 2009

[CV06]